1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

TUSTIN RANCH PARTNERS, INC. dba
GREENFIELD MOBILE ESTATES,

12

Plaintiff,

13

v.

14
15

DWAYNE THOMPSON, an individual;
and DOES 1 through 10, inclusive

16

Defendants.

17
18
19

Case No.:  23-CV-493 TWR (DEB)

**ORDER (1) REMANDING ACTION
TO THE SUPERIOR COURT OF
CALIFORNIA, COUNTY OF SAN
DIEGO AND (2) DENYING AS
MOOT ALL PENDING MOTIONS**

(ECF Nos. 2, 5, 6)

20        On March 24, 2023, the Court ordered Defendant Dwayne Thompson to show cause

21   why this action should not be remanded to the Superior Court of California, County of San

22   Diego, for lack of subject-matter jurisdiction.  (*See* ECF No. 5, "OSC.")  The Court warned

23   Defendant that if he failed to timely and adequately respond to the Order to Show Cause,

24   the Court would remand this action to the Superior Court.  (*Id.* at 3.)  Defendant's response

25   was due April 13, 2023.  (*See id.*)  As of the date of this Order, Defendant has not responded

26   to the Court's Order to Show Cause.  (*See generally* Docket.)  Accordingly, and for the

27   reasons stated in the Order to Show Cause, the Court **REMANDS** this action to the

28   Superior Court of California, County of San Diego.  All pending motions, including

1

Plaintiff Tustin Ranch Partners, Inc.'s Motion to Remand, which was filed after Defendant's response deadline, are **DENIED** as moot.  (*See* ECF Nos. 2, 6.)

     **IT IS SO ORDERED.**

Dated:  April 25, 2023

_____
Honorable Todd W. Robinson
United States District Judge